Alan Engle (SBN 224779)
alan.engle@meenlegal.com
MEADOR & ENGLE
5151 California Ave., Suite 100
Irvine, CA 92617
Tel: (310) 428-6985
Fax: (714) 386-5368

Attorneys for Plaintiff
VISUAL EDGE, INC.

Thomas F. Nowland (SBN 236824)
tom@nowlandlaw.com
Daniel A. Brodnax (SBN 266822)
dbrodnax@nowlandlaw.com
LAW OFFICES OF THOMAS F. NOWLAND
20241 SW Birch Street, Suite 203
Newport Beach, California 92660
Tel:  (949) 221-0005
Fax:  (949) 221-0003

Attorneys for Defendant
FLIPSIDE PRODUCTS, INC

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISUAL EDGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> FLIPSIDE PRODUCTS, INC., <br><br> Defendant. | Case No. 16-CV-03088-H-KSC <br><br> **JOINT SUBMISSION RE PROPOSED CHANGE TO SCHEDULING ORDER** <br><br> **Telephonic Hearing: March 21, 2017 <br> Time: 10:00 a.m.** |

1. Pursuant to the Court's March 3, 2017 Order Setting Telephonic Case Management Conference and Tentative Scheduling Order, counsel for the parties and have met and conferred. Counsel agree that in light of the Case Management Conference scheduled for March 24, 2017 and the Early Neutral Evaluation Conference scheduled with Magistrate Judge Crawford for April 13, 1017 at 2:30, it may help promote resolution of this matter if the dates in the Tentative Scheduling Order are postponed by four weeks. (Except for the March 24, 2017 Telephonic CMC and Initial Disclosures).

2. Specifically, counsel propose the following dates for the items in Tentative Scheduling Order:

| EVENT | TENTATIVE ORDER DATE | PROPOSED DATE |
| --- | --- | --- |
| Telephonic Case Management Conference (10:00 a.m.) | March 24, 2017 | March 24, 2017 |
| Initial Disclosures | March 31, 2017 | March 31, 2017 |
| Disclosure of Asserted Claims & Infringement Contentions | April 7, 2017 | May 5, 2017 |
| Motions to Amend Pleadings or Join Parties | April 21, 2017 | May 19, 2017 |
| Invalidity Contentions | May 12, 2017 | June 9, 2017 |
| Exchange Preliminary Claim Construction & Extrinsic Evidence | May 26, 2017 | June 23, 2017 |
| Responsive Claim Constructions | June 9, 2017 | July 7, 2017 |
| Joint Claim Construction Chart, Worksheet, and Hearing Statement | June 23, 2017 | July 21, 2017 |
| Amended and Final Infringement Contentions | June 23, 2017 | July 21, 2017 |

| Amended Invalidity Contentions | July 21, 2017 | Aug. 18, 2017 |
|---|---|---|
| Close of Claim Construction Discovery | July 21, 2017 | Aug. 18, 2017 |
| Opening Claim Construction Briefs | Aug. 4, 2017 | Sept. 1, 2017 |
| Responsive Claim Construction Briefs | Aug. 18, 2017 | Sept. 15, 2017 |
| **Claim Construction Hearing (9:00 a.m.)** | **Sept. 1, 2017** | **Sept. 29, 2017** |
| Exchange Expert Witness List (Trial Experts) | Oct. 6, 2017 | Nov. 3, 2017 |
| Supplemental Expert Witness List (Trial Experts) | Oct. 20, 2017 | Nov. 17, 2017 |
| Expert Reports | Nov. 3, 2017 | Dec. 1, 2017 |
| Supplemental Expert Reports | Nov. 17, 2017 | Dec. 15, 2017 |
| Close of Fact Discovery [5 week change] | Dec. 8, 2017 | Jan. 12, 2018 |
| Close of Expert Discovery [5 week change] | Dec. 8, 2017 | Jan. 12, 2018 |
| Motion Cut-Off (as described in Order) | Jan. 5, 2018 | Feb. 2, 2018 |
| Opposition Motions Due | Jan. 19, 2018 | Feb. 16, 2018 |
| Reply Motions Due | Jan. 26, 2018 | Feb. 23, 2018 |
| **Final Motions Heard (10:00 a.m.)** | **Feb. 9, 2018** | **March 9, 2018** |
| Juror Questionnaire | Feb. 12, 2018 | March 12, 2018 |
| Memo of Facts & Contentions of Law; Pretrial Disclosures | Feb. 23, 2018 | March 23, 2018 |
| Motions in Limine Filing Deadline | Feb. 23, 2018 | March 23, 2018 |
| Exchange Exhibits and Demonstratives | March 2, 2018 | March 30, 2018 |
| Service of Proposed Pretrial Order | March 9, 2017 | April 6, 2018 |
| Deposition Designations | March 9, 2018 | April 6, 2018 |
| Deposition Counter-Designations | March 16, 2018 | April 13, 2018 |

| | | |
|---|---|---|
| Proposed Final Pretrial Conference Order and Pretrial Disclosures | March 16, 2017 | April 13, 2018 |
| **Final Pretrial Conference; Motions in Limine Hearing** | **March 23, 2108** | **April 20, 2018** |
| Jury Instructions; Proposed Verdict Forms; Proposed Jury Questions; Status Conference | April 2, 1018 | April 30, 2018 |
| **Status Conference (10:30 a.m.);** Exhibit Lists; Proposed Equipment Order | **April 2, 2018** | **April 30, 2018** |
| **Trial (9:00 a.m.)** | **April 3, 2018** | **May 1, 2018** |

JOINTLY SUBMITTED,

MEADOR & ENGLE

Dated: March 17, 2017      /s/ *Alan E. Engle*
                           Alan E. Engle
                           Attorneys for Plaintiff
                           VISUAL EDGE, INC.

LAW OFFICES OF THOMAS F. NOWLAND

Dated: March 17, 2017      */s/ Daniel A. Brodnax*
                           Daniel A. Brodnax
                           Attorneys for Defendant
                           FLIPSIDE PRODUCTS, INC.

– 4 –